1  **JENNIFER WILLIS ARLEDGE**
   Nevada Bar No. 008729
2  **KATHLEEN M. MAYNARD**
   Nevada Bar No. 010675
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  300 South Fourth Street, 11th Floor
   Las Vegas, NV 89101
5  (702) 727-1400; FAX (702) 727-1401
   Jennifer.Arledge@wilsonelser.com
6  Kathleen.Maynard@wilsonelser.com
   *Attorneys for Defendants PHW Las Vegas, LLC*
7  *and PHW Manager, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GURINDER S. RAKHRA, | CASE NO: 2:12-cv-1287-JAD-PAL |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STATUS CHECK** |
| PHW LAS VEGAS, LLC; PHW MANAGER, LLC; DOES I through X; and ROE ENTITIES XI through XX, inclusive, | |
| Defendants. | |

The parties, by and through undersigned counsel, wish to advise the Court that they have reached a settlement in the above-captioned matter. Currently, the Joint Pre-Trial Order is due October 2, 2014. Due to the time needed to prepare settlement documents and effectuate settlement, the parties will be unable to submit a stipulation to dismiss prior to the date the Joint Pre-Trial Order is due. Therefore, the parties request that the deadline to submit the Joint Pre-Trial Order be vacated

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

701426v.1

and this matter be scheduled for a status check on settlement in 60 days. The parties anticipate that settlement will be completed and that a stipulation to dismiss will be filed prior to this time.

DATED this 1st day of October, 2014.    DATED this 1 day of October, 2014.

WILSON, ELSER, MOSKOWITZ,              RICHARD HARRIS LAW FIRM
EDELMAN & DICKER LLP

*Jennifer W. Arledge*                   [signature]

JENNIFER WILLIS ARLEDGE, ESQ.          BRYAN A. BOYACK, ESQ.
Nevada Bar No. 008729                  Nevada Bar No. 009980
KATHLEEN M. MAYNARD, ESQ.              801 S. Fourth Street
Nevada Bar No. 010675                  Las Vegas, Nevada 89101
300 S. Fourth Street, 11th Floor       702-444-4444
Las Vegas, Nevada 89101                702-444-4445 fax
702-727-1400                           *Attorneys for Plaintiff Gurinder S. Rakhra*
702-727-1401 fax
*Attorneys for Defendants PHW Las Vegas, LLC and PHW Manager, LLC*

## ORDER

**IT IS ORDERED** that the parties shall have until December 1, 2014, to file a stipulation to dismiss or a joint status report advising the court of the status of settlement and when the stipulation to dismiss will be filed.

Dated this 2nd day of October, 2014.

[signature]
Peggy A. Leen
United States Magistrate Judge

Page 2 of 2

701426v.1